690 A.2d 1034

IN THE MATTER OF RICHARD M. PISACANE,
AN ATTORNEY AT LAW.

March 21, 1997.

## ORDER

The Disciplinary Review Board having filed a report with the Court on December 12, 1996, recommending that **RICHARD M. PISACANE** of **WAYNE,** who was admitted to the bar of this State in 1969, and who was temporarily suspended from practice by Order of this Court dated July 12, 1995, and who remains suspended at this time, be disbarred for respondent's violations of *RPC* 1.3 (failure to act diligently), *RPC* 1.4 (failure to communicate), *RPC* 1.15 (knowing misappropriation of client funds), *RPC* 3.4 (failure to act with fairness to others), *RPC* 8.1(b) (failure to

cooperate with disciplinary authorities) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And respondent having been ordered to show cause why he should not be disbarred or otherwise disciplined and having failed to appear on the return date of the Order to Show Cause;

And good cause appearing;

It is ORDERED that **RICHARD M. PISACANE** be disbarred, effective immediately, and his name be stricken from the roll of attorneys of this State; and it is further

ORDERED that **RICHARD M. PISACANE** comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that **RICHARD M. PISACANE** reimburse the Disciplinary Oversight Committee for appropriate administrative costs.